IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN GUYTON, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-CV-1390 |
| v. | (JUDGE CAPUTO) |
| MR. LAPPIN, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW** this 15th day of February, 2012, after consideration of Magistrate Judge Martin C. Carlson's Report and Recommendations in this matter (Docs. 23 and 34), **IT IS HEREBY ORDERED THAT:**

(1) The August 12, 2011 Report and Recommendation (Doc. 23) is **ADOPTED**. Plaintiff's four Requests for Emergency Injunctions (Docs. 11, 13, 15, 17) are **DENIED**.

(2) The October 6, 2011 Report and Recommendation (Doc. 34) is **ADOPTED**. Plaintiff's claims against the unnamed prison staff in Grand Prairie, Texas will be **TRANSFERRED** to the Northern District of Texas; Plaintiff's claims against the five staff members at the United States Penitentiary in Pollock, Louisiana will be **TRANSFERRED** to the Western District of Louisiana; Plaintiff's Claims against Correctional Officer Justin Morrow at United States Penitentiary at Victorville, California in Adelanto, California will be **TRANSFERRED** to the Central District of California. Plaintiff's claims against Defendant Hammond will be **DISMISSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge