IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN GUYTON, | |
| Plaintiff, | No. 3:11-CV-1390 |
| v. | (JUDGE CAPUTO) |
| MR. LAPPIN, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants | |

## ORDER

NOW this 18th day of July 2012, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 56) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 56) is **ADOPTED**.

(2) Defendants' Motion to Dismiss or, in the Alternative Motion for Summary Judgment (Doc. 42) is **GRANTED**, and Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

(3) The Clerk of Court is ordered to mark this matter as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge